1 | BENJAMIN B. WAGNER
U.S. Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

**FILED**

MAR 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>JOEL AARON ACUNA,<br>  aka Bubba Larry Acuna,<br>        Defendant. | MAG. NO.  12-071-efb<br><br>MOTION TO DISMISS COMPLAINT<br>AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 12-071-efb, against defendant ACUNA.

DATED: 3/15/12

BENJAMIN WAGNER
U.S. Attorney

By /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 12-071-efb against defendant ACUNA is GRANTED.

DATED: 3-15-2012

HON. EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

///